IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                          CASE NO. 17-CR-10004-001

TAM VU                                                                 DEFENDANT

## ORDER

Before the Court is the Government's Motion to Dismiss. ECF No. 25. In the instant motion, the Government moves the Court to dismiss the Indictment without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). Upon consideration, the Court finds that the instant motion should be and hereby is **GRANTED** and the Indictment is **DISMISSED WITHOUT PREJUDICE**. Furthermore, in light of this ruling, the Court finds that Defendant should be and hereby is **RELEASED** from federal custody.

**IT IS SO ORDERED**, this 20th day of November, 2018.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge